FILED

05/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0569

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0569

_____

SAMUEL J. NELSON, individually and as Trustee
of the SAMUEL J. NELSON REVOCABLE
TRUST DATED FEBRUARY 9, 2011,

     Petitioner and Appellant,

  v.                                      O R D E R

MONTANA RAIL LINK, INC., a Montana
Corporation, and BURLINGTON NORTHERN
SANTA FE RAILWAY CO., a Texas Corporation,

     Respondents and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 22 2024